UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

In re Brent Foster,

    Plaintiff.

Case No.  2:26-cv-01137-APG-EJY

**ORDER**

On April 13, 2026, Plaintiff Brent Foster submitted an Application to Proceed *in forma pauperis* ("IFP") but did not submit a Complaint.  ECF No. 1. To commence a new civil lawsuit, Plaintiff must file a complaint.  Federal Rule of Civil Procedure 3 states: "A civil action is commenced by filing a complaint with the court."  Local Special Rule 2-1 states: "A civil-rights complaint filed by a person who is not represented by an attorney must be submitted on the form provided by this court or must be legible and contain substantially all the information called for by the court's form."

However, the Court understands Plaintiff may have meant to file his IFP application in the case he previously filed, Case No. 2:26-cv-00842-APG-NJK.  If the Court is correct, Plaintiff must file a notice to voluntarily dismiss this action and file an IFP application in the other case (2:26-cv-00842-APG-NJK).  If Plaintiff files the IFP application in Case No. 26-cv-00842-AGP-NJK, he must put the case number on his application.

Accordingly, IT IS HEREBY ORDERED that if Plaintiff intended to commence a new case he **must**, no later than **May 15, 2026**, file a signed complaint on the Court's form in this matter.

IT IS FURTHER ORDERED that if Plaintiff intended to file his IFP application in his existing case (Case No. 2:26-cv-00842-APG-NJK) he **must**, no later than **May 15 2026**, file an IFP application in that case.  The IFP application **must** include the Case No. 2:26-cv-00843-APG-NJK. Plaintiff **must** also file a notice of voluntary dismissal in this action.

IT IS FURTHER ORDERED that, if Plaintiff fails to timely comply with this Order, this action will be subject to dismissal without prejudice.

IT IS FURTHER ORDERED that the Clerk of the Court is directed to send Plaintiff: (a) the approved form application to proceed *in forma pauperis* for an inmate in NDOC custody with instructions; and (b) the approved form for filing a 42 U.S.C. § 1983 complaint with instructions.

Dated this 15th day of April, 2026.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE